IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MI PUEBLO SAN JOSE, INC and            No    C-06-4094 VRW
CHA CHA ENTERPRISES, LLC,
                                             ORDER
        Plaintiffs,

        v

CITY OF OAKLAND,

        Defendant.
                                        /

        On June 30, 2006, plaintiffs filed a complaint alleging, inter alia, that the City of Oakland illegally revoked their building permits. Doc #1, ¶¶ 35-44. On July 7, 2006, plaintiffs filed an ex parte application for issuance of a temporary restraining order and order to show cause regarding a preliminary injunction. Doc #3.

        The court ORDERS the City to file a response to plaintiffs' application no later than July 14, 2006, at 12:00 PM. If the City does not respond, the matter will be scheduled for hearing on plaintiffs' motion and an order to show cause why the City should not reinstate plaintiffs' building permits.

        IT IS SO ORDERED.

                                        /s/ Vaughn R Walker

                                        VAUGHN R WALKER
                                        United States District Chief Judge