Les A. Hausrath (Bar No. 57253)
R. Zachary Wasserman (Bar No. 54764)
Albert Flor, Jr. (Bar No. 168291)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Plaintiffs
MI PUEBLO SAN JOSE, INC., a California corporation; CHA CHA ENTEPRISES, LLC, a California limited liability company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MI PUEBLO SAN JOSE, INC., a California corporation; CHA CHA ENTERPRISES, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. C 06-04094 VRW<br><br>[PROPOSED] **ORDER DISMISSING ACTION** |

Based on the Stipulation for Dismissal filed by plaintiffs Mi Pueblo San Jose, Inc., a California corporation, and Cha Cha Enterprises, LLC, a California limited liability company, on January 11, 2007:

IT IS HEREBY ORDERED DECREED and ADJUDGED that the above-referenced matter is hereby dismissed in its entirety.

Dated: January _____, 2007

Dated: February 22, 2007

_____
The Honorable _____
Judge of the United States District Court

IT IS SO ORDERED
Judge Vaughn R Walker

[PROPOSED] ORDER DISMISSING ACTION - Case No. C 06-04094 VRW

014102.0001\801252.1